IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SAFEGUARD PROPERTIES MANAGEMENT, LLC, | ) ) ) | CASE NO. 1:17 CV 565 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) ) | **MEMORANDUM OPINION AND ORDER** |
| MIDFIRST BANK, | ) ) ) | |
| Defendant. | ) | |

Pursuant to this Court's Memorandum Opinion and Order, the Motion of Defendant MidFirst Bank to Dismiss or Stay Proceedings Pending Arbitration (ECF #9) is granted. This action is dismissed without prejudice and may be re-filed, if appropriate, following resolution of the arbitrable claims.

IT IS SO ORDERED.

                                                             */s/Donald C. Nugent*
                                                            DONALD C. NUGENT
                                                            United States District Judge

DATED: October 11, 2017